Probation Form No. 35

(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

Crim. No. Cr. 03-203-01-PB

Eugene Svitak

On 06/01/2005 the above named was placed on Supervised Release for a period of two years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Eugene Svitak be discharged from Supervised Release.

Respectfully submitted,

James P. Bernier
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 15th day of Dec, 2006.

Honorable Paul J. Barbadoro
U.S. District Judge